# LETTER OF REPRESENTATION

Date:              July 31, 2012
Borrower:          Robert Kelly
Subject Property:  3105 Oakland Shores Drive, J204, Oakland Park, FL  33309
Lender:            Wells Fargo
Loan Number:       00408733829

## CEASE AND DESIST NOTICE

The Law Firm of Mansfield, Bronstein & Cohen, PA has been retained to represent the interests of the above referenced client(s) who is/are the mortgagor(s) on the above referenced home loan held by your financial institution.

Please immediately terminate all collection efforts directed at our client(s) in an attempt to collect on the subject debt. We remind you that any further communications with our client(s) are in violation of both the Florida Consumer Collection Practices Act and the Federal Fair Debt Collection Practices Act. Under the aforementioned acts, any further collection efforts will expose you to the possibility of civil penalties for each violation.

*Please instruct the appropriate departments to amend their records to copy all future communications and correspondence sent to the Mortgagor(s) and to the following*:

Mansfield, Bronstein & Cohen, PA
3801 Hollywood Boulevard
Suite 200
Hollywood, Florida 33021

Phone: 954.601.5600
Fax:   954.967.2791
documents@mblawpa.com

## MORTGAGOR'S AUTHORIZATION:

It is my desire and request that you allow the following persons ("Designated Agents") at the Mansfield, Bronstein & Cohen, PA to communicate and negotiate on my behalf for the purposes of modification of my loan, short sale of my property, or any other issue relating to the above referenced loan. Further, you are authorized to deliver documents to my Designated Agents concerning my account. This authorization will remain in effect until I (we) specifically notify you in writing that this authorization is no longer in effect.

**Gary N. Mansfield, Esq., Ronnie Bronstein, Esq., Jeremy Cohen, Esq., Menina Cohen, Esq., Stephanie Hale, Esq., Muriel Mansfield, Joseph Brant Murphy, Susana Sanchez, Stephenie Brady, Kelly McConnachie, Olga Cardet, Tracy Wollschlager, Carol Ann Moore, Erik Kaplan or any and all employees or agents of the Law Firm of Mansfield, Bronstein & Cohen, P.A.**

Sincerely,

_____        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
Robert Kelly                         Social Security #