## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### CASE NO.: 0:13-cv-60095-WPD

ROBERT KELLY, on behalf of himself and
others similarly situated,

        Plaintiff,

vs.

WELLS FARGO BANK, N.A., a National
Bank,

        Defendant.

## STIPULATION FOR DISMISSAL

COME NOW Plaintiff Robert Kelly, on behalf of himself and others similarly situated, and Defendant Wells Fargo Bank, N.A. (the "Parties"), by and through their undersigned counsel, and hereby stipulate to the entry of an order dismissing this action:

(a) with prejudice as to Robert Kelly individually; and

(b) without prejudice as to the class claims described in the *Plaintiff's First Amended Class Action Complaint* [ECF No. 26].

The Parties further stipulate that each party shall bear its own fees, costs, and expenses.

Dated this 2nd day of April 2014.


*/s/ Scott D. Owens*
Scott D. Owens, Esq.
FL Bar No. 597651
**SCOTT D. OWENS, P.A.**
664 E. Hallendale Beach Blvd.
Hallendale Beach, Florida 33009
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
E-Mail: scott@scottdowens.com
*Counsel for Plaintiff*

*/s/ John R. Chiles*
John R. Chiles, Esq.
FL Bar No. 12539
**BURR & FORMAN LLP**
450 E. Las Olas Blvd, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 414-6200
Facsimile: (954) 660-2568
E-Mail: jchiles@burr.com
E-Mail: FLService@burr.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the foregoing document by Notice of

Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by

U.S. First Class Mail, hand delivery, fax or email on this the 2nd day of April 2014:

Scott D. Owens, Esq.
664 E. Hallandale Beach Blvd.
Hallandale, Florida 33009
E-Mail: scott@scottdowens.com

Keith J. Keogh, Esq.
Keogh Law, LTD
55 W. Monroe St., Suite 3390
Chicago, IL 60603
E-Mail: keith@keoghlaw.com

*/s/ John R. Chiles* _____