UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-60095-CIV-DIMITROULEAS

ROBERT KELLY,

    Plaintiff,
vs.

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## ORDER APPROVING STIPULATION

THIS CAUSE is before the Court upon the parties' Stipulation for Dismissal (the "Stipulation") [DE 46], filed herein on April 2, 2014.  The Court has carefully considered the Stipulation [DE 46], notes the signature of counsel, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 46] is **APPROVED**;

2. This action is **DISMISSED with prejudice** as to Plaintiff Robert Kelly individually and **DISMISSED without prejudice** as to the class claims, with each party to bear its own attorneys' fees and costs, except as otherwise agreed by the parties; and

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of April, 2014.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record